# EXHIBIT B

## Brendan H. Little

| | |
|---|---|
| **From:** | ConsumerFiling@adr.org |
| **Sent:** | Thursday, April 30, 2020 1:45 PM |
| **To:** | jhilton@hiltonparker.com; Brendan H. Little |
| **Subject:** | Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270 |
| **Attachments:** | INK011.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.



1101 Laurel Oak Road
Voorhees, NJ 08043

April 30, 2020

Jonathan L. Hilton, Esq.
Hilton Parker, LLC
10400 Blacklick-Eastern Road Northwest
Suite 110, Room 214
Pickerington, OH 43147
Via Email to: jhilton@hiltonparker.com

Brendan H. Little, Esq.
Lippes Mathias Wexler & Friedman, LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
Via Email to: blittle@lippes.com

**Case Number: 01-20-0004-9270**

Solicity Manley
-vs-
Diversified Recovery Bureau, LLC

Dear Parties:

Claimant has filed with us a demand for arbitration. We note that the arbitration clause provides for arbitration by the American Arbitration Association ("AAA").

Prior to the filing of this arbitration Diversified Recovery Bureau, LLC failed to comply with the AAA's policies regarding consumer claims. Accordingly, we must decline to administer this claim and any other claims between Diversified Recovery Bureau, LLC and its consumers at this time. These policies can be found on our web site, www.adr.org, in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration.

Accordingly, we have administratively closed our file and will refund any payment received by the filing party. According to R-1(d) of the Consumer Rules, should the AAA decline to administer an arbitration, either party may choose to submit its dispute to the appropriate court for resolution.

If you believe we have declined this matter in error, please email ConsumerFiling@adr.org .

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 3 months after the date of this letter.

If Diversified Recovery Bureau, LLC advises the AAA in the future of its intention to comply with the AAA's Consumer Arbitration Rules and if applicable, resolves any outstanding payment obligations, the AAA may consider at its sole discretion, accepting newly filed consumer cases going forward. Therefore, if Diversified

Recovery Bureau, LLC wishes for the AAA to consider accepting consumer disputes going forward, the business must, at a minimum, register its clause on the Consumer Clause Registry on our website, www.adr.org/clauseregistry. Upon completion of the registration process and confirmation from the AAA that the business is now active on the Consumer Clause Registry, the business is responsible for informing all parties that Claimant may re-file their claim.

Sincerely,

Consumer Filing Team
ConsumerFiling@adr.org
Fax: (877) 304-8457