# EXHIBIT E

| | |
|---|---|
| From: | Brendan H. Little |
| To: | Consumer Case Filing Team |
| Cc: | Sean M. O'Brien |
| Subject: | RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270 |
| Date: | Friday, May 8, 2020 1:34:18 PM |
| Attachments: | image006.png |
| | image009.jpg |
| | image010.png |
| | image011.png |
| | image012.jpg |
| | image4ca26a.PNG |

Dear Sirs:

Is it possible to schedule a call to discuss this matter so I can better understand what the AAA is looking for?

The arbitration clause at issue was not authored by Diversified Recovery Bureau and Diversified Recovery Bureau is not a party to the agreement that contains the arbitration clause.

Please advise.

Thank you,

**Brendan H. Little**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1233 | d: 716.218.7570 | fx: 716.853.5199

477 Madison Avenue, 6th Floor
New York, NY 10022
ph: 646.673.8633
blittle@lippes.com | www.lippes.com
LinkedIn | Twitter | Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

---

**From:** Consumer Case Filing Team [mailto:ConsumerFiling@adr.org]
**Sent:** Friday, May 8, 2020 1:03 PM
**To:** Brendan H. Little
**Cc:** Sean M. O'Brien ; Consumer Case Filing Team
**Subject:** RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

Hello,

Thank you for contacting American Arbitration Association. Our records indicate that the company is not in good standing with the AAA If the business would like they may submit its current consumer arbitration clause for inclusion on the Registry at https://www.adr.org/Consumer at which time the business will also incur a $500 Registry fee. If you have Registry questions please contact consumerreview@adr.org.

Upon completion of the registration process and confirmation from the AAA that Diversified Recovery Bureau, LLC now active on the Consumer Clause Registry, Diversified Recovery Bureau, LLC is responsible for informing all parties that Claimant may re-file their claim.

At this time this matter remains closed.

Thank you,
Consumer Filing Team

Logo  | **Consumer Case Filing Team**
1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Brendan H. Little [mailto:blittle@lippes.com]
**Sent:** Friday, May 1, 2020 9:16 AM
**To:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** Sean M. O'Brien <sobrien@lippes.com>
**Subject:** RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Sirs:

I am counsel for Diversified Recovery Bureau, LLC (DRB) and received your letter dated April 30, 2020. Can you provide me with the pertinent documentation so I can speak to DRB about rectifying the road block to utilizing the AAA?

Thanks,

**Brendan H. Little**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1233 | d: 716.218.7570 | fx: 716.853.5199

477 Madison Avenue, 6th Floor
New York, NY 10022
ph: 646.673.8633
blittle@lippes.com | www.lippes.com
LinkedIn | Twitter | Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

**From:** ConsumerFiling@adr.org [mailto:ConsumerFiling@adr.org]
**Sent:** Thursday, April 30, 2020 1:45 PM
**To:** jhilton@hiltonparker.com; Brendan H. Little <blittle@lippes.com>
**Subject:** Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

| Logo  | **Consumer Case Filing Team**<br><br>1101 Laurel Oak Road<br>Suite 100, Voorhees, NJ 08043<br>E: ConsumerFiling@adr.org |  |
|---|---|---|

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.