# EXHIBIT H



1101 Laurel Oak Road
Voorhees, NJ 08043

May 21, 2020

Jonathan L. Hilton, Esq.
Hilton Parker, LLC
10400 Blacklick-Eastern Road Northwest
Suite 110, Room 214
Pickerington, OH 43147
Via Email to: jhilton@hiltonparker.com

Brendan H. Little, Esq.
Lippes Mathias Wexler & Friedman, LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
Via Email to: blittle@lippes.com

**Case Number: 01-20-0004-9270**

Solicity Manley
-vs-
Diversified Recovery Bureau, LLC

Dear Parties:

We are in receipt of the attached correspondence from respondent, Diversified Recovery Bureau, LLC dated May 8, 2020.

At this time, we request claimant's comments.  Please submit comments via email, mail or fax to the undersigned by **May 28, 2020**.

Please feel free to email consumerfiling@adr.org with any questions.

Sincerely,

Consumer Filing Team
consumerfiling@adr.org
Fax: 877-304-8457