# EXHIBIT K

| | |
|---|---|
| From: | Consumer Case Filing Team |
| To: | Brendan H. Little; jhilton@hiltonparker.com |
| Cc: | Sean M. O'Brien; Consumer Case Filing Team |
| Subject: | RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270 |
| Date: | Monday, June 1, 2020 5:53:08 PM |
| Attachments: | Archived |

Good Afternoon,

Thank you for your correspondence.

In order for this case to move forward, the business would have to return to good standing and register with the Consumer Clause Registry on our website, www.adr.org/consumerclauseregistry. Please forward any Registry related questions to consumerreview@adr.org. Or, the American Arbitration Association would comply with a court order compelling arbitration between the parties.

In addition to a court order or the business registering with the American Arbitration Association, this matter would need to be refiled by the consumer with all the filing requirements including the $200 filing fee.

To register, please complete the registration online by navigating to www.adr.org/Consumer and then clicking "To Register Consumer Arbitration Clauses." You will need to register the company information, upload your arbitration clause, and pay the registration fee. The registration fee can be paid on-line with a credit card or by mail with a check.

The Registry calls for the following information:

Business Name:

Business Contact – This Contact Information is Only for AAA Internal Administration Purposes

Company name and address for display on the publicly viewable Registry:

Optional: In addition to displaying your business name and address on the Registry, you also have the opportunity to display public contact information for your consumer arbitration clause.

Once the registration has been submitted and payment has been received, an automated email is sent indicating the registration will be processed and may take up to 30 days to review and post to the Registry. If you are aware of a case being filed during the pendency of the registration process, you can inform Consumer Filing (ConsumerFiling@adr.org) as well as the Consumer, that the registration is in progress; we will not charge the Expedited Review Fee or decline to administer the case while registration is in progress. Please note: Consumer Filing is not made aware of pending registrations and would have to be informed of your registration status.

You can expect the AAA's Consumer ADR Group to review the arbitration clause for compliance with the Consumer Due Process Protocol. When there is a contractual clause that violates the Rules or Protocol, we contact the business and request a waiver of the violating provision. Once signed, the waiver is posted on the Registry along with the contract.

For additional help during the registration process, or any Consumer Clause Registry questions, you can email us at ConsumerReview@adr.org.
Sincerely,

Per the AAA rules all parties must be copied on all correspondence. We kindly remind the parties to copy each other on all correspondence. We have copied all parties on this email as per our Rules.

This case will remain closed.

Thank you,
Consumer Filing Team



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Brendan H. Little <blittle@lippes.com>
**Sent:** Friday, May 29, 2020 6:47 AM
**To:** jhilton@hiltonparker.com; Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** Sean M. O'Brien <sobrien@lippes.com>
**Subject:** RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Sirs:

Please see the attached letter concerning the above case.

Thank you,

**Brendan H. Little**
Partner



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1233 | d: 716.218.7570 | fx: 716.853.5199

477 Madison Avenue, 6th Floor
New York, NY 10022
ph: 646.673.8633
blittle@lippes.com | www.lippes.com
LinkedIn | Twitter | Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the email message. Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

---

**From:** jhilton@hiltonparker.com [mailto:jhilton@hiltonparker.com]
**Sent:** Thursday, May 28, 2020 10:24 AM
**To:** ConsumerFiling@adr.org; Brendan H. Little <blittle@lippes.com>
**Subject:** RE: Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

Dear AAA:

Please find attached my firm's response. Please note that pursuant to AAA rules, this case has already been refiled in the Western District of New York, Case No. 1:20-cv-551.

Jonathan L. Hilton
**Partner | Hilton Parker LLC**
Tel: (614) 992-2277
Fax: (614) 427-5557
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
www.hiltonparker.com

---

**From:** ConsumerFiling@adr.org <ConsumerFiling@adr.org>
**Sent:** Thursday, May 21, 2020 5:10 PM
**To:** jhilton@hiltonparker.com; blittle@lippes.com
**Subject:** Solicity Manley v. Diversified Recovery Bureau, LLC - Case 01-20-0004-9270

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.